COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 August 10, 2016
 No. 10-16-00223-CR
 IN RE AUGUSTINE CANTU JIMENEZ
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Augustine Cantu Jimenez has been considered by the Court. Because Jimenez has received the relief he requested, the Court has determined that the Petition for Writ of Mandamus should be and hereby is dismissed as moot.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk